4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D-1 Ricardo Martinez,<br>D-2 Dwight H. Rashad,<br><br><br>　　　　Defendants.<br>_____/ | Case: 2:21-cr-20746<br>Judge: Drain, Gershwin A.<br>MJ: Grey, Jonathan J.C.<br>Filed: 12-14-2021<br>INDI USA VS SEALED MATTER (DP)<br><br>Violations:<br>21 U.S.C. § 846<br>18 U.S.C. § 924(c) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### COUNT 1
**Conspiracy to Distribute and
Distribution of Controlled Substances
21 U.S.C. § 846**

During in and around November 2019, in the Eastern District of Michigan and elsewhere, the defendants, RICARDO MARTINEZ and DWIGHT H. RASHAD, knowingly and intentionally conspired and agreed with each other and with other individuals, both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, all in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

## COUNT 2
## Possession of a Firearm in Relation to a Drug Trafficking Crime
## 18 U.S.C. § 924(c)

On or about November 21, 2019, in the Eastern District of Michigan and elsewhere, the defendant, RICARDO MARTINEZ, did knowingly possess a firearm during and in relation to a drug trafficking crime for which he may prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute and conspiracy to distribute the controlled substance N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, as alleged in Count One of this Indictment, in violation of 21 U. S. C. §§ 841(a)(1), 841(b)(1)(A), and 846, all in violation of 18 U.S.C. § 924(c).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853; 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)

1. Pursuant to Fed. R. Cr. P. 32.2(a) and 21 U.S.C. § 853, the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Superseding Indictment.

2. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of:

      a. Cannot be located upon the exercise of due diligence;

      b. Has been transferred or sold to, or deposited with, a third party;

      c. Has been placed beyond the jurisdiction of the Court;

      d. Has been substantially diminished in value; or

      e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL
*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

*s/Julie A. Beck*
JULIE A. BECK
Chief, Drug Task Force Unit

*s/Thomas Franzinger*
THOMAS FRANZINGER
Assistant United States Attorney

Dated: 12/14/2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: |

**Case Title:** US v. Martinez et al

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint previously dismissed

### Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

12/14/21
Date

Thomas Franzinger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Thomas.franzinger2@usdoj.gov
(313) 226-9774
Bar #: DC 1005000

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.