AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Thomas Franzinger  Telephone: (313) 226-9100
Task Force Officer: Scott Czopek, DEA  Telephone: (313) 820-0403

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Dwight H. Rashad

**21-20746**

**ARREST WARRANT**

FILED
OCT 07 2024
CLERK'S OFFICE
DETROIT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Dwight H. Rashad,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 846 Conspiracy to Distribute and Distribute of a Controlled Substances

FILED
DEC 14 2021
CLERK'S OFFICE
DETROIT

Date: DEC 14 2021

City and state: DETROIT, MICHIGAN

Issuing officer's signature
DONALD A. PERUSKI DEPUTY CLERK
Printed name and title

| Return | |
|---|---|
| This warrant was received on (date) 10/4/24, and the person was arrested on (date) 10/4/24 at (city and state) Detroit, MI. | |
| Date: 10/4/24 | Arresting officer's signature<br>J Healy  OUSM<br>Printed name and title |

Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA