

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

United States of America,

v.

Dwight Rashad,

Defendant.

F I L E D

UCI 0 4 2024

CLERK'S OFFICE
U.S. DISTRICT COURT

Criminal No. 21-20746

Hon. Gershwin A. Drain

---

## DEFENDANT'S ACKNOWLEDGMENT
## OF INDICTMENT

---

I, Dwight Rashad, defendant in this case, hereby acknowledge that I have

received a copy of the Indictment before entering my plea and that I have read it

and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count 1:**

> 21 U.S.C. § 846, conspiracy to possess with intent to distribute more than
> 400 grams of fentanyl – not less than 10 years and up to life in prison, up to
> a $10 million fine, or both.

Dwight Rashad
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Todd Perkins
Counsel for Defendant

Dated: 10/4/24